**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DADRAIN BANKS**                                                                          **PLAINTIFF**

**v.**                                      **Case No. 4:19-cv-00793 KGB**

**DOES, Arkansas State**
**Hospital Staff, Doctors, Nurses**                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that

plaintiff Dadrain Banks' complaint is dismissed. (Dkt. No. 2).  The relief requested is denied.

It is so adjudged this 27th day of January, 2021.

_____
Kristine G. Baker
United States District Judge